Paul W. Tozer, SBN 088810
BARTH TOZER & TIMM LLP
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610

Attorneys for Defendants

UNITED STATES DISTRICT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Baratta Chiropractic, Inc., Individually and d/b/a Baratta Chiropractic; Jeffery G. Beavers; Carrie Lyn Wheeler; Marc Douglas Siemens; Oak Leaf Plaza L.P., a California Limited Partnership,<br><br>　　　　Defendants. | **Case No. 2:08-CV-00684 MCE/DAD**<br><br>**JOINT STIPULATION OF THE PARTIES FOR AN EXTENSION OF TIME THROUGH MAY 22, 2008 FOR ALL DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT; ORDER** |

This Stipulation ("Stipulation") for an extension of time for all defendants to answer plaintiff's Complaint for Preliminary and Permanent Injunctive Relief; Declaratory Relief; and Monetary Relief ("Complaint") through and including May 22,2008, is entered into by and between plaintiff Scott N. Johnson, by and through his counsel of record, Scott N. Johnson, and defendants Baratta Chiropractic, Inc., Jeffery G. Beavers, Carrie Lyn Wheeler, Marc Douglas Siemens and Oak Leaf Plaza, LP, by and through their counsel of record, Paul W. Tozer of the law firm of Barth Tozer & Timm LLP.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

# I

# **RECITALS**

Through communications among the offices of counsel for the parties to this action, the parties have stipulated and agreed that each and every defendant in the above-entitled action shall have an extension of time to answer the complaint herein through and including May 22, 2008.

The parties represent to the Court that there is good cause for the entry of an order briefly extending the time for all defendants to respond to the complaint. The parties have jointly agreed to this extension until May 22, 2008 to afford the defendants time to prepare a full and meaningful answer.

The parties have also agreed that this Stipulation may be signed in counterparts. The entry of the requested order will not alter or otherwise impact any other dates that have been set by the Court.

# II

# **AGREEMENT**

THE PARTIES THEREFORE STIPULATE AND AGREE:

That each and every defendant in the above-entitled action shall have an extension of time to file an answer to plaintiff's Complaint through and including May 22, 2008.

Dated: _____ 2008.   SCOTT N. JOHNSON


By_____
       SCOTT N. JOHNSON

Attorney for Plaintiff Scott N. Johnson

Dated: _____ 2008.   BARTH TOZER & TIMM LLP


By_____
       PAUL W. TOZER

Attorneys for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

For good cause appearing, IT IS HEREBY ORDERED:

That each and every defendant in the above-entitled action shall have an extension of time to file an answer or to otherwise respond to plaintiff's Complaint through and including May 22, 2008.

Dated: May 16, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com