1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>   vs.<br><br>Baratta Chiropractic, Inc., et al,<br><br><br>        Defendants | Case No.: CIV.S 08-cv-00684-MCE-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF CARRIE LYN WHEELER; MARC DOUGLAS SIEMENS AND *Proposed* ORDER**<br><br>Complaint Filed: APRIL 1, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Carrie Lyn Wheeler; Marc Douglas Siemens) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.

///

///

///

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                    CIV: S-08-00684-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendants (Carrie Lyn Wheeler; Marc Douglas Siemens) are dismissed because Plaintiff and
2  these Defendants have settled their dispute.

3  Dated: May 19, 2008                                   /s/Scott N. Johnson
4                                                         SCOTT N. JOHNSON
                                                          Plaintiff, In Pro Per
5
6        **IT IS SO ORDERED**.

7  DATED: May 27, 2008

8  _____
9                                                         MORRISON C. ENGLAND, JR
                                                          UNITED STATES DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                            CIV: S-08-00684-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com